```
                                    ✓ FILED      ___ RECEIVED
                                    ___ ENTERED  ___ SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                         NOV 12 2014

                                         CLERK US DISTRICT COURT
                                         DISTRICT OF NEVADA
                                    BY:_____DEPUTY
```

Jeffrey L. Dryden
PO Box 28961
Las Vegas, NV 89126
(702) 738-1919
Plaintiff, *In Pro Per*

2:13-CV-01896

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREA E. BAREFIELD, JANE DOE #1,<br><br>AND JANE Doe #2,<br><br>        Defendants | Case No. 2:13-cv-01986-RCJ-PAL<br><br>Affidavit Requesting Additional Time to File Objections to Magistrate Judge's Findings and Recommendations<br><br>Order Extending Time to File Objections to Magistrate Judge's Findings and Recommendations |

Affidavit Requesting Additional Time to File Objections to
Magistrate Judge's Findings and Recommendations

I, Jeffrey L. Dryden, have personal knowledge of the facts set forth below and could competently testify as to same if called upon to do so in a court of law. If called I would testify:

   1. I am the plaintiff in the above entitled case. I cannot afford an attorney and I am forced to represent myself.

Page 1

2. I live near the Orleans and my PO Box is several miles away at the intersection of Oaky and Decatur.
3. On October 16, 2014, I flew to California and stated there until the next week.
4. When I returned to Las Vegas, on my way home from the airport the right front wheel fell off of my vehicle. The vehicle remains in a state of disrepair and I am limited to where I can walk.
5. The check the mail I have to take the bus and cross over two times.
6. The USPO closed my PO Box because I am unable to pay the fee. On November 10, 2014, I was able to collect all of the mail that had accumulated since I last checked the box.
7. At that time I received an envelope from this court. It was postmarked October 24, 2014. Instructions in the envelop gave me 14 days in which to file Objections to Magistrate Judge's Findings and Recommendations
8. It is unclear if the instructions me calendar days or court days. If it is calendar days then today, November 12, 2014, is the last day to file from the date of the postmark, extended five days for service by mail. If the 14 days ran from the date that the order was signed then yesterday would have been the last day to file.
9. Yesterday the court was closed for Veterans' Day. So I could not file.
10. I have had literally 24 hours in which to draft my points and authorities. At this point I do not know if I am filing late or not.

Page 2

If I am late then I request leave to file my Objections to Magistrate Judge's Findings and Recommendations on November 12, 2014.

Dated: November 11 2014                    Respectfully submitted,

                                                        Jeffrey L. Dryden, *In Pro Per*
                                                        Attorney for Plaintiff
                                                        PO Box 28961
                                                        Las Vegas, NV 89126
                                                        Tel.: (702) 738-1919

Order Extending Time to File Objections to
Magistrate Judge's Findings and Recommendations

Good cause appearing the Plaintiff is granted leave to file Objections to Magistrate Judge's Findings and Recommendations on November 12, 2014.

Dated: Nunc Pro Tunc November 12, 2014.

Judge: _____

Page 3