1
2
3
4

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY L. DRYDEN,<br><br>      Plaintiff,<br><br>   v.<br><br>ANDREA BAREFIELD, *et al.,*<br><br>      Defendants. | CASE NO.: 2:13-CV-1896-RCJ-PAL<br><br>**ORDER** |

    Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#6[1]) entered on October 23, 2014, recommending that Plaintiff's Second Amended Complaint (#5) be treated as the operative pleading and screen it.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#9) on November 12, 2014.

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on October 23, 2014, should be ADOPTED AND ACCEPTED.

    IT IS HEREBY ORDERED that Plaintiff's First Amendment retaliation, Fourteenth Amendment equal protection, and Nevada law intrusion claims are DISMISSED.

///
///
///
///

---

[1] Refers to court's docket number.

IT IS FURTHER ORDERED that Plaintiff's claims against all Defendants in their official capacities be DISMISSED.

IT IS FURTHER ORDERED that Plaintiff's claims against Jane Doe #1 and Jane Doe #2 ARE DISMISSED.

IT IS SO ORDERED.

DATED: this 2nd day of January, 2015.

_____
ROBERT C. JONES