UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JEFFREY R. DRYDEN,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREA E. BAREFIELD,<br><br>      Defendant. | 2:13-cv-01896-RCJ-PAL<br><br>**ORDER** |

Plaintiff Jeffrey Dryden sued Defendant Andrea Barefield *in pro se* in this Court for various constitutional violations. The Magistrate Judge granted the motion to proceed *in forma pauperis* and screened the Complaint, dismissing with leave to amend. Plaintiff filed two versions of the Amended Complaint, and the Magistrate Judge screened the second, more detailed, version. Defendant filed a motion to dismiss. A response was due on January 2, 2015. The Court adopted the Magistrate Judge's Report and Recommendation, dismissing all claims, except one due process claim. The Court granted a timely stipulation to extend the time to respond to the motion to dismiss to January 8, 2015. Plaintiff filed a further amended version of the Complaint, which the Magistrate Judge struck for lack of leave to file it. Plaintiff's response

to the motion to dismiss is twenty-six days late as of this writing.  Plaintiff has consented to the grant of the motion by failing to oppose it. *See* Local R. 7-2(d).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 10th day of February, 2015.

_____
ROBERT C. JONES
United States District Judge